**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-7203**

———————

WALTER M. LEACH, JR.,

Plaintiff - Appellant,

versus

KENNETH UNDERWOOD, Lieutenant; DON PUGH, Cor-
poral; JAMES E. FOX; JERRY CANTERBURY; DEAN
BARNES; TIMOTHY LUIKART; MATTHEW GIBSON,

Defendants - Appellees,

and

STEVEN CANTERBURY; BETTY EWING,

Defendants.

———————

Appeal from the United States District Court for the Southern
District of West Virginia, at Beckley.  Charles H. Haden II, Chief
District Judge.  (CA-99-422-5)

———————

Submitted:  December 14, 2000        Decided:  December 21, 2000

———————

Before WIDENER, WILKINS, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Walter M. Leach, Jr., Appellant Pro Se.  Chad Marlo Cardinal, As-
sistant Attorney General, Charleston, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Walter M. Leach, Jr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  Leach v. Canterbury, No. CA-99-422-5 (S.D.W. Va. Aug. 1, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED